In the Matter of DAWN MARIE " T "*, Appellant, v. DONALD R. " U "*, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of ROBERT P. MURRAY, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

### (February 16, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLEY RUSSELL PARSONS, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.